

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF M.P.R., L.K.R., and P.J.R., Minor Children. | § | No. 08-23-00229-CV |
| | § | Appeal from the |
| | § | 224th Judicial District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2021-CI-12156 ) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.[1] Finding that the clerk's record has not been filed due to the fault of Appellant, we dismiss the appeal for want of prosecution.

On September 6, 2023, after the Bexar County District Clerk notified this Court of Appellant's failure to pay or to arrange to pay for preparation of the clerk's record, the Clerk of this Court sent a letter to all parties giving notice of the Court's intention to dismiss the appeal for want of prosecution unless any party, within 10 days of the date of the notice, provided grounds for continuing the appeal. *See* TEX. R. APP. P. 37.3(b) (authorizing an appellate court to dismiss an

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

appeal if no clerk's record is prepared due to Appellant's fault). That notice also requested immediate notice be given to this Court, if the Bexar County District Court received satisfactory payment for the clerk's record; but if payment were not received by September 21, 2023, for the Bexar County District Clerk to provide notice of Appellant's non-payment. To date, no notice of either event has been received from the Bexar County District Clerk.

Nonetheless, more than 10 days have elapsed from this Court's notice of intention to dismiss the appeal for want of prosecution, yet Appellant has not evidenced to this Court any payment (or arrangement to pay) for the preparation of the clerk's record, nor has Appellant shown she is excused from paying such costs. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


GINA M. PALAFOX, Justice

October 6, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

2